UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:                                           Case No. 10-12618-BKC-AJC
                                                 Chapter 7
LUIS ANGEL MITJANS

          Debtor(s).
_____/

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

(X)   The trustee has a balance of $1.06 remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

      Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 4/5/11

Soneet R. Kapila, Trustee
P.O. Box 14213
Fort Lauderdale, FL 33302
Phone: 954/761-8707
Fax: 954/761-1033
E-mail: trustee@kapilaco.com

Copies to: U.S. trustee

Soneet R. Kapila, Federal Bankruptcy Trustee
Post Office Box 14213, Fort Lauderdale, Florida 33302
Telephone: 954/761-8707  Facsimile: 954/761-1033  Website: www.kapilatrustee.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:                                                     Case No. 10-12618-BKC-AJC
                                                           Chapter 7
LUIS ANGEL MITJANS

        Debtor(s).
_____/
**Attachment**

| Claim # | Name/Address | Interest Amount |
|---|---|---|
| 1I | Discover Bank<br>DFS Services, LLC<br>PO Box 3025<br>New Albany, OH 43054 | $0.07 |
| 2I | American Express Centurion<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | $0.99 |

---

*Soneet R. Kapila, Federal Bankruptcy Trustee*
*Post Office Box 14213, Fort Lauderdale, Florida 33302*
*Telephone: 954/761-8707  Facsimile: 954/761-1033  Website: www.kapilatrustee.com*